```
ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net
```

*Attorneys for Defendant*
*Premier Patio Heating Specialists, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETHAN ASCH, an individual,<br><br>            Plaintiff,<br>v.<br><br>PREMIER PATIO HEATING SPECIALIST, LLC, a Delaware limited liability company; BRUCE DOE, a Nevada resident; ROE DELIVERY COMPANY, a Nevada entity; DOE INDIVIDUALS 1-10 and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1-1, inclusive,<br><br>            Defendants. | Case No.: 2:23-cv-01152-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, ETHAN ASCH ("Plaintiff"), and Defendant, PREMIER PATIO HEATING SPECIALIST, LLC ("Defendant" or "Premier Patio"), through their respective counsel of record, that any and all claims against Defendant in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

- 1 -

Each party to bear said party's own attorney's fees and costs.

DATED this 13th day of November 2023.  DATED this 13th day of November 2023.

**LAW OFFICES OF NEAL HYMAN**  **PHILLIPS SPALLAS & ANGSTADT LLC**

/s/ Neal K. Hyman  /s/ Timothy D. Kuhls

NEAL K. HYMAN  ROBERT K. PHILLIPS
Nevada Bar No. 5998  Nevada Bar No. 11441
9480 S. Eastern Avenue, Suite 224  TIMOTHY D. KUHLS
Las Vegas, NV 89123  Nevada Bar No. 13362
 504 South Ninth Street
*Attorney for Plaintiff*  Las Vegas, Nevada 89101
*Ethan Asch*

 *Attorneys for Defendant*
 *Premier Patio Heating Specialists, LLC*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED November 14, 2023.

_____
UNITED STATES DISTRICT JUDGE

# Timothy Kuhls

| | |
|---|---|
| **From:** | neal@nealhyman.com |
| **Sent:** | Wednesday, November 8, 2023 6:46 PM |
| **To:** | Timothy Kuhls |
| **Cc:** | Joshua J. Kephart |
| **Subject:** | RE: CFLV Asch, E. - Settlement Agreement and Release |

**CAUTION:** This Sender is Outside the PSA Organization! DO NOT click links or open attachments unless you recognize the sender and know the content is safe!

I got the check.

You may affix my e-signature.

Thanks.

*Neal K. Hyman, Esq.*
LAW OFFICES OF NEAL HYMAN
9480 S. Eastern Avenue, Suite 224 (**please note our new suite number**)
Las Vegas, NV 89123
P: 702 477-0042 | F: 702 477-0227 | E: neal@nealhyman.com

- AV rated by Martindale-Hubbell
- Voted Top Lawyer by Vegas, Inc. (2021, 2022, 2023)
- Former Deputy DA
- Avvo rated excellent
- Licensed in NV and CA



www.nealhyman.com

 

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed, and may contain privileged and confidential information that is protected by the Electronic Communications and Privacy Act (18 USC §§ 2510-2521), the Electronic Communications Privacy Act, 18 USC § 2701 et seq., and NRS §§ 179.410-179.515 and NRS 200.610-200.690, and may also be protected under the Attorney/Client Work Product or other privilege. If you are not the intended recipient of this communication, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, fax or e-mail, and delete the original message and any attachments.